**Wendell D. LLOYD, Plaintiff–Appellant,**

**v.**

**Dean LOCKLEAR, Superintendent, New Hanover Correctional; Officer Hoffler; North Carolina Department of Public Safety; Inmate Grievance Resolution Board, Defendants–Appellees.**

No. 16-6636

United States Court of Appeals, Fourth Circuit.

Submitted: October 18, 2016

Decided: October 20, 2016

Wendell D. Lloyd, Appellant Pro Se.

Before WILKINSON, KING, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

PER CURIAM:

Wendell D. Lloyd appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Lloyd's motion to appoint counsel, and we affirm for the reasons stated by the district court. Lloyd v. Locklear, No. 5:15–ct–03262–BO (E.D.N.C. Apr. 22, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED